UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED

FEB 27 2025

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 6: 25-CR-013-REW
18 U.S.C. § 922(a)(6)

MAURYA BHARWAD

\* \* \* \* \*

THE GRAND JURY CHARGES:

On or about January 31, 2025, in Knox County, in the Eastern District of Kentucky,

**MAURYA BHARWAD,**

in connection with the attempted acquisition of a firearm, that is, the purchase of a Smith & Wesson 9mm pistol from Blueline Tactical, a licensed firearms dealer, knowingly made a false and fictitious written statement to the firearms dealer, which statement was intended and likely to deceive the dealer as to a fact material to the lawfulness of the sale and disposition of a firearm, by indicating that he was not an unlawful user of, or addicted to, marijuana and by indicating that he was legally and lawfully present in the United States, on the ATF Form 4473 (Firearms Transaction Record), all in violation of 18 U.S.C. § 922(a)(6).

A TRUE BILL

███████████████████

FOREPERSON

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## PENALTIES

Not more than 10 years imprisonment, a fine of not more than $250,000, and supervised release of not more than 3 years.

**PLUS:**       Mandatory special assessment of $100.

**PLUS:**       Restitution, if applicable.